UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

EZEKIEL I. TAYLOR,

    Plaintiff,

        v.                                CAUSE NO. 3:20-CV-865-DRL-MGG

WILLIAM HYATTE, et al.,

    Defendants.

OPINION AND ORDER

Ezekiel I. Taylor, a prisoner without a lawyer, filed a document titled "Motion to Inquire" in which he asks four questions. ECF 62. Though the court will answer these questions, it does not represent Taylor and cannot give him legal advice or tell him how to litigate his case. In the future, Taylor should not file motions asking questions.

First, Taylor asks for the status of the summary judgment response. Though the defendants have been granted until November 16, 2021, to file a summary judgment motion, there is no pending summary judgment motion in this case. *See* ECF 59. Second, he asks how long a party has to respond to a summary judgment motion. Pursuant to N.D. Ind. L.R. 56-1(b)(1), a party opposing a summary judgment motion has 28 days to respond. Third, he asks about the status of four prison disciplinary hearing appeals he sent to the Indiana Department of Correction Central Office. However, the court has no information about appeals filed with the Central Office. Fourth, he asks for the status of other complaints. It is unclear whether he is referring to lawsuits filed in this court or some other type of grievance or proceeding filed elsewhere. Either way, filing motions

in this case is not the proper way to obtain information about either. To the extent he wants to know the status of a case he filed in this court, he needs to send the clerk a LETTER with the case number asking for a DOCKET SHEET. He should not file a motion.

For these reasons, any relief requested in the motion (ECF 62) is DENIED.

SO ORDERED on September 13, 2021

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge